[No. 16364-1-II.     Division Two.     February 8, 1995.]

*In the Matter of the Marriage of* TERRENCE MICHAEL
NYSTROM, *Respondent, and* Terri Eileen Nystrom,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-3-00046-6, Don L. McCulloch, J., entered July

17, 1992. *Reversed* and *dismissed in part* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Bridgewater, J.